UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         VIO: 18 U.S.C. § 922(g)(1)

RUFUS IVAN BURKES,

    Defendant.

Case: 2:21-cr-20758
Judge: Parker, Linda V.
MJ: Grand, David R.
Filed: 12-16-2021 At 03:07 PM
INDI SEALED MATTER (SS)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about August 29, 2021, in the Eastern District of Michigan, the defendant, RUFUS IVAN BURKES, having previously been convicted of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, and knowing that he had previously been convicted of a felony, did knowingly possess a firearm, that is, a Glock 19, 9mm handgun, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of the Indictment, the defendant shall forfeit to the United States any firearms or ammunition involved in or used in any knowing violation of section 922(g).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney


*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Major Crimes Unit
Assistant United States Attorney


*s/ Diane Princ*
DIANE PRINC
Assistant United States Attorney

Dated: December 16, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case: 2:21-cr-20758<br>Judge: Parker, Linda V.<br>MJ: Grand, David R.<br>Filed: 12-16-2021 At 03:07 PM<br>INDI SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: DNP |

**Case Title:** USA v. RUFUS IVAN BURKES

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

___ Indictment/ ___ Information --- **no** prior complaint.
✓ Indictment/ ___ Information --- based upon prior complaint [Case number: 21-mj-30575   ]
___ Indictment/ ___ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 16, 2021
Date

*/s/ Diane N. Princ*
Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9524
Fax:    313-226-2372
E-Mail address: diane.princ@doj.gov
Attorney Bar #: NY4781159

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.